IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN L. PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:15-CV-646-WKW |
| | ) |
| MONTGOMERY POLICE DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 26, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 11.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 10th day of February, 2016.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE